UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

AMENA KAZMI,

Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, Director of the USCIS; BARBARA OWLETT, Director of the Long Island Field Office of the USCIS,

Defendants.

-------------------------------------------------------------x

**STIPULATION AND**
**ORDER OF REMAND**

Civil Action No.
25-cv-5446

(Reyes, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that

1. Plaintiff's Complaint and all claims therein are hereby remanded to United States Citizenship and Immigration Services (USCIS) pursuant to 8 U.S.C. § 1447(b), without costs, expenses, or attorneys' fees to any party, subject to the provisions of paragraph 2 herein.
2. This remand is without prejudice to Plaintiff's right to reinstate this action if USCIS does not render a decision on Plaintiff's application for naturalization (Form N-400) within sixty (60) days of this Stipulation and Order of Remand being so-ordered by the Court. If Plaintiff fails to reinstate this action between 61 and 90 days from the date this Stipulation and Order of Remand is so-ordered, this action shall be deemed to be dismissed with prejudice.

3. The Clerk of the Court shall enter a judgment in accordance with this Stipulation and Order of Remand.

Dated: New York, New York
December 17, 2025

THE SAMUEL LAW FIRM
*Attorneys for Plaintiff*
1441 Broadway, Suite 6085
New York, New York 10018

By: */s/ Andrew D. Beresin*
Andrew D. Beresin, Esq.
(212) 563-9884
andrew@thesamuellawfirm.com

Dated: St. Louis, MO
December 17, 2025

HACKING IMMIGRATION LAW, LLC
*Attorneys for Plaintiff*
10121 Manchester Road, Suite A
St. Louis, MO 63122

By: */s/ James O. Hacking, III*
James O. Hacking, III
(314) 961-8200
jim@hackingimmigrationlaw.com

Dated: Central Islip, New York
December 16, 2025

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
610 Federal Plaza, 5th Fl.
Central Islip, New York 11722

By: */s/ Robert W. Schumacher, II*
Robert W. Schumacher, II
Assistant U.S. Attorney
(631) 715-7871
robert.schumacher@usdoj.gov

SO ORDERED this

**19th day of _December, 2025**

**/s/Ramón E. Reyes, Jr.**
HONORABLE RAMON E. REYES, JR.
United States District Judge